IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CURTIS WIMBUSH, JR.,

    Plaintiff,

vs.                                                    4:08-CV-429-SPM/WCS

ROBERT MIXSON,
officer in his individual capacity, and
CITY OF QUINCY POLICE DEPARTMENT

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 11). On December 18, 2008, the Magistrate Judge directed Plaintiff to file a third amended complaint. On February 18, 2009, Plaintiff filed a motion to voluntarily dismiss this petition (doc. 12). However, in that motion, Plaintiff requested that his case be heard in the Circuit Court of Gadsen County. If Plaintiff wishes his case to be heard in Gadsen County, he should file his complaint in that court.

Accordingly, pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 11) is *adopted* and incorporated by reference in this order.

2. Plaintiff's motion to voluntarily dismiss this case (doc. 12) is hereby *granted*.

3. This case is *dismissed with prejudice*.

DONE AND ORDERED this <u>sixth</u> day of March, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge